Case 7:22-cv-00184   Document 37   Filed on 07/17/24 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
July 18, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| RENE JAVIER YZAGUIRRE, JR., <br> Plaintiff, | § § § | |
| V. | § | CIVIL ACTION NO. 7:22-cv-184 |
| ANTONY J. BLINKEN, Secretary of the United States Department of State, <br> Defendant. | § § § § § | |

### ORDER

Today this Court considered the parties *Agreed Motion to Dismiss*. Having read and considered the Agreed Motion and noting that the United States has stipulated that the Plaintiff is a United Sates citizen and has issued a passport and passport card to the Plaintiff, this Court finds that there is no longer a matter in controversy requiring judicial review or other intervention.

Having reviewed and considered the motion, this Court finds that it should be GRANTED.

THEREFORE, IT IS ORDERED that the above captioned lawsuit be DISMISSED and that any costs incurred are assessed against the party that incurred same.

Signed this 17th day of July, 2024.

_____
HON. RICARDO H. HINOJOSA
United States District Judge
Southern District of Texas